UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    (ECF)
- - - - - - - - - - - - - - - - - - - -:
JOSE ORTEGA, JAVIER HERNANDEZ,      : 11 Civ. 4190 (PAC) (JCF)
JULIO MAZARIEGOS, JAVIER HERNANDEZ,:
and SANTIAGO GALVEZ, individually   :
and on behalf of others similarly   :
situated,                           :
                                    :
                Plaintiffs,         :           O R D E R
                                    :
        - against -                 :
                                    :
JOHN DOE CORP., d/b/a A+ THAI       :
PLACE and PON TONSUROTON,           :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FIL
> DOC #
> DATE FILED: 5/25/12

A settlement conference having been scheduled for May 25, 2012, and defendant having failed to appear, it is hereby ORDERED as follows:

1. The settlement conference is rescheduled for June 22, 2012 at 2:00 p.m. in courtroom 18-D.  The parties shall attend in person with their counsel.

2. Plaintiff's counsel may submit a letter application for an award of the costs incurred, including attorneys' fees, in connection with the aborted settlement conference.

                SO ORDERED.

                James C. Francis IV
                JAMES C. FRANCIS IV
                UNITED STATES MAGISTRATE JUDGE

1

Dated: New York, New York
       May 25, 2012

Copies mailed this date:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace and Associates, P.C.
60 East 42nd Street, Suite 2020
New York, NY 10165

Richard Michael Hendler, Esq.
Law Offices of Richard M. Hendler
69 Beverly Road
Great Neck, NY 11021